# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJIT KAUR,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFERY SESSIONS, *et al*.,<br><br>            Defendants. | Case No. 1:17-cv-01272-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 9) |

On April 5, 2018, Plaintiff Sukhjit Kaur filed a notice to dismiss this action with prejudice. (ECF No. 12). In light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); W*ilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: __**April 6, 2018**__             /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE